UNITED STATES BANKRUPTCY COURT
District of Maine

```
*****************************
In re:                        *
                              *
PARKVIEW ADVENTIST            *        Chapter 11
MEDICAL CENTER                *        Case No. 15-20442
                              *
              Debtor          *
*****************************
JOHN FROHOCK, as Liquidating  *
Trustee of the Parkview       *
Liquidating Trust             *
                              *
              Plaintiff       *        Adversary Proc. 17-2064
                              *
v.                            *
                              *
STATE OF MAINE                *
                              *
              Defendant       *
*****************************
```

## ORDER VACATING RULE 9013-1(D) DEFICIENCY ORDER

On January 18, 2018, due to administrative error, the Court entered a Rule 9013-1(d) Deficiency Order [DE 23]. On the Court's own Motion it is hereby

**ORDERED**

that the Rule 9013-1(d) Deficiency Order [DE 23], be and hereby is **VACATED.**

Date:  January 18, 2018

                                              /s/ Peter G. Cary
                                              Peter G. Cary
                                              U.S. Bankruptcy Judge

United States Bankruptcy Court
District of Maine

Frohock, as Liquidating Trustee of the P,
    Plaintiff

Adv. Proc. No. 17-02064-pgc

State of Maine,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0100-2     User: sdilios     Page 1 of 1     Date Rcvd: Jan 18, 2018
                      Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2018.
```
smg            +State of Maine,    Bureau of Revenue Services,    Compliance Division Bankruptcy Unit,
                 P.O. Box 1060,    Augusta, ME 04332-1060
dft            +State of Maine,    6 State House Station,    Augusta, ME 04333-0006
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: USTPREGION01.PO.ECF@USDOJ.GOV Jan 18 2018 20:22:28     Office of U.S. Trustee,
                 537 Congress Street, Suite 300,    Portland, ME 04101-3490
ust            +E-mail/Text: USTPREGION01.PO.ECF@USDOJ.GOV Jan 18 2018 20:22:28     Office of the U.S. Trustee,
                 537 Congress Street,    Portland, ME 04101-3490
                                                                                              TOTAL: 2
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2018 at the address(es) listed below:
```
              Andrew   Helman, Esq.    on behalf of Plaintiff John   Frohock, as Liquidating Trustee of the
               Parkview Liquidating Trust ach@marcusclegg.com,    bankruptcy@marcusclegg.com
              Halliday   Moncure    on behalf of Defendant    State of Maine halliday.moncure@maine.gov
              Kevin J. Crosman, Esq.    on behalf of Defendant    State of Maine kevin.crosman@maine.gov
                                                                                              TOTAL: 3
```